# UNITED STATES DISTRICT COURT
## for the Central District of Illinois



JAN 1 6 2024

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Plaintiff,

**SUZANNE L. JOHNSTON**

v.

**WALMART-UNIVERSITY**
**VERIZON;**
**XFINITY;**    Defendant(s).
**SPRINT; US CELLULAR;**
~~USCELLUR~~ **CRICKET**

Case No. *24-1017*

## PRO SE CIVIL RIGHTS COMPLAINT
### (Non-Prisoner)

### I.    JURISDICTION

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

### II.    PARTIES

**Plaintiff:**

A.    Plaintiff, a citizen of ~~PEO.~~ **ILLINOIS** (state), who resides at **1701 ROCKINGHAM DR. NORMAL, IL 61761**, alleges that **APT. #3 / CONDO #3** his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B.    Defendant **WALMART COMPANIES** is employed as a
            (a) (Name of First Defendant)
**OWNER; LAWYERS, ALL REPRESENTATIVES**
            (b) (Position/Title)
with **UNIVERSITY ST. PEORIA, IL**.
            (c) (Employer's Name and Address)

1

*Check one of the following:*

☒ This defendant **personally participated** in causing my injury, and I want **money damages.** Briefly describe how this defendant participated:

PHONE DESTROYED, REFUSED TO REPAIR

☒ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

I WANT THEM TO LEAVE ME ALONE ⟹ TERRIBLE QUALITY

**Defendant #2:**

C.    Defendant VERIZON CORP                is employed as a
                  (a) (Name of Second Defendant)
OWNER, LAWYERS, ALL REPRESENTATIVES
                  (b) (Position/Title)
with_____.
                  (c) (Employer's Name and Address)

*Check one of the following:*

☒ This defendant **personally participated** in causing my injury, and I want **money damages.** Briefly describe how this defendant participated:

DEEP FAKE IMAGES

☒ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

ALTERING MY VOICE + IMAGES

2

**Defendant #3:**

D.  Defendant _XFINITY_ is employed as a
(a) (Name of Third Defendant)

_OWNER, LAWYERS, ALL REPRESENTAVES ES_
(b) (Position/Title)

with _GLEN HOLLOW PLAZA + XFINITY WORLDWIDE._
(c) ) (Employer's Name and Address)

*Check one of the following:*

[X] This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

DEEP FAKE IMAGES;
THEFT OF VOICE.

[X] The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

ALTERING IMAGES +
MY VOICE.

**Additional Defendant(s) (if any):**

E.  Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

SPRINT;
US CELLULAR;
CRICKET

OWNERS,
LAWYERS,
ALL REPRESSENTATIVES

SAME AS ABOVE³

## III. PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in federal court? Yes ☒  ☐No

B.    If your answer to "A" is YES, describe the lawsuit in the space below. *If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.*

1.    Parties to previous lawsuits:



Plaintiff(s): ADAM RIEGER; ET. AL.
HYVEE COMPANIES; ET. AL.
PEORIA RESCUE MINISTRIES; ET. AL.
TERESA OZUNA; ET. AL.
Defendant(s): JOSÉ ALWAN, ET. AL.

2.    Date of Filing: 1/11/2024; 1/12/2024

3.    Case Number: 24-1109; 24-CV-1012

4.    Jurisdiction/Court: PEORIA

5.    Name of Judge: MCDADE; MIHM

6.    Issues Raised: TONS →

SEE PAPERWORK + ALL PREVIOUS ISSUES RAISED

7.    Disposition of Case (for example:  Was the case dismissed?  Was it appealed?  Is it still pending?): PENDING

8.    Date of Final Disposition:

4

## IV. STATEMENT OF CLAIM

*State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you intend to allege several related claims, you must number and set forth each claim in a separate paragraph.*

1.  On or about __JANUARY 6TH, 1987 OR 1988__ (month,day,year), at approximately __?__ a.m. p.m., plaintiff was present in the municipality (or unincorporated area of)

__ARSONIST__ , in the County of

__PEORIA__ , in the State of Illinois, at

__1110 E. FAIROAKS AVE., PEORIA, IL 61603__ ,

where defendant(s) violated plaintiff's civil rights as follows *(check each box that applies):*

- ☒ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
- ☒ searched plaintiff or his property without a warrant and without reasonable cause;
- ☒ used excessive force upon plaintiff;
- ☒ failed to intervene to protect plaintiff from violation of his/her civil rights by one or more other defendants;
- ☒ failed to provide plaintiff with necessary medical care;
- ☒ conspired together to violate one or more of plaintiff's civil rights;
- ☐ other *(please explain)*: _____

2.  Plaintiff was charged with one or more crimes, specifically:

3.  The criminal proceedings *(check the box that applies):*

- ☒ are still pending.
- ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.
- ☐ resulted in a finding of guilty on one or more of the charges.
- ☐ other:_____

5

4. Plaintiff further alleges as follows: *Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*

5. Defendant(s) acted knowingly, intentionally, willfully, and maliciously. YES

6. As a result of Defendant's conduct, plaintiff was injured as follows:

   VANDUSEN'S. OF MID-STATE COLLEGE + PJ HOERR COMPANIES

7. Plaintiff asks that this case be tried by a jury.  ☐ Yes   ☒ No

6

## V.  PRAYER FOR RELIEF

Plaintiff requests that the Court grant the following relief:

1. Compensatory Damages in the amount of $_____ to *UNLIMITED MONEY FOR LIFE + PROPER HEALLTH CARE BY DOCTORS OF MY CHOICE* compensate for *(check all that apply)*:

   ☒ bodily harm
   ☒ emotional harm
   ☒ pain and suffering
   ☒ loss of income
   ☒ loss of enjoyment of life
   ☒ property damage

2. Punitive Damages:    ☒ Yes    ☐ No

3. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Date: 1/16/2024

Signature of Plaintiff: Suzanne L. Johnston

Plaintiff's Name *(print clearly or type)*: SUZANNE L. JOHNSTON

Mailing Address: 1701 ROCKININGHAM DR.; APT. 3/CONDO 3

City: NORMAL    State: IL    Zip: 61761

Plaintiff's Telephone Number: (309) 213-0801

AND

328 E. ELMHURST AVE.
PEORIA, IL 61603

7